1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8    United States of America,          )     Case No: 14-1924MJ
                                        )
9            Plaintiff,                  )
                                        )
10   vs.                                 )
                                        )
11                                       )     **MATERIAL WITNESS ORDER**
     Oscar Vasquez Perez,               )          **OF DETENTION**
12                                       )
             Defendant.                  )
13                                       )
                                        )
14   _____)

15        Defendant, Jose Ricardo Rivera, having been charged in the District of Arizona with

16   a violation of Count One Title 8 United States Code  Section 1324(a)(1)(A)(ii)(B)(i) and the

17   Magistrate Judge having determined from the affidavit of the Department of Homeland

18   Security Customs and Border Protection filed in this case, the following persons can provide

19   testimony that is material to the offense(s) alleged in the complaint:

20                            Heriberto Ramirez-Lopez

21                            Jose Jimenez-Hernandez

22                            Valentin Aguilar-Lara

23        The Magistrate Judge finds that it may become impracticable to secure the presence

24   of the witness(es) by subpoena in further proceedings because they are not in the United

25   States legally and have no legal residence or employment in this Country.

26        IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144

27   in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1  sentences or being held in custody pending appeal.  The witness(es) shall be afforded a

2  reasonable opportunity for private consultation with counsel.

3      DATED: October 16, 2014

4

5

6                                                      James F. Metcalf
                                            United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 2 -